IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES R. KERNS,** | CIV S-05-0746 GEB KJM P |
| Petitioner, | |
| v. | **ORDER ENLARGING TIME** |
| **A.K. SCRIBNER, Warden,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT the time for filing Respondents' Answer be enlarged so that the Answer is due on or before August 24, 2005.

Dated: July 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE