IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. KERNS,

    Petitioner,               No. CIV S-05-0746 GEB KJM P

   vs.

A.K. SCRIBNER, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of May 25, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 14, 2005 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: October 20, 2005.

                                                                     UNITED STATES MAGISTRATE JUDGE

/kf
kern0746.111b