IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. KERNS,

    Petitioner,               No. CIV S-05-0746 GEB KJM P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse as provided by the court's order of May 25, 2005.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's November 28, 2005 second request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.  No further extensions of time will be granted.

DATED: December 5, 2005.

                                                      UNITED STATES MAGISTRATE JUDGE

/bb kern0746.111s