IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. KERNS,

      Petitioner,                  No. CIV S-05-0746 GEB KJM P

    vs.

A.K. SCRIBNER, Warden,

      Respondent.               ORDER

_____/

      Petitioner has filed his third request for an extension of time to file and serve a traverse pursuant to the court's order of October 20, 2005. Good cause appearing, the request will be granted. No further extensions of time will be granted.

      IT IS HEREBY ORDERED that:

      1. Petitioner's December 16, 2005 request for an extension of time is granted; and

      2. Petitioner shall file and serve his traverse on or before February 6, 2006. No further extensions of time will be granted.

DATED: December 22, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

/mp  kern0746.111sec