IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. KERNS,

    Petitioner,         No. CIV S-05-0746 GEB KJM P

  vs.

A.K. SCRIBNER, Warden,

    Respondent.       <u>ORDER</u>

_____/

      On December 20, 2005, petitioner filed his fourth request for an extension of time to file and serve a traverse as allowed by the court's order of October 20, 2005. On December 22, 2005, the petitioner was granted an extension of time to file and serve his traverse on or before February 6, 2006. Accordingly, IT IS HEREBY ORDERED that petitioner's December 20, 2005 request for an extension of time is denied as unnecessary.

DATED: December 29, 2005.

                                       UNITED STATES MAGISTRATE JUDGE

/kern0746.111sec(2)