IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. KERNS,

    Petitioner,                  No. CIV S-05-0746 GEB KJM P

  vs.

A.K. SKRIBNER, et al.,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the January 26, 2009 Findings and Recommendations. He has shown good cause for the issuance of such an order.

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

IT IS HEREBY ORDERED that:

1. Petitioner's February 11, 2009 request for an extension of time (Docket No. 36) is granted;

2. Petitioner is granted thirty days from the date of this order in which to file objections to the January 26, 2009 Findings and Recommendations; and

3. Petitioner's February 11, 2009 request for appointment of counsel (Docket No. 35) is denied.

DATED: February 23, 2009.

U.S. MAGISTRATE JUDGE

2/md
kern0746.111