IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RANDOLPH KERNS,

    Petitioner,        No. CIV S-05-0746 GEB KJM P

  vs.

DERRAL ADAMS, Warden

    Respondent.       <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file objections to the January 26, 2009, findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (Docket No. 39) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the January 26, 2009, findings and recommendations. No further extensions of time will be granted.

DATED: April 2, 2009.

                          _____
                          U.S. MAGISTRATE JUDGE

/kly
kern0746.111sec