IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RANDOLPH KERNS,

    Petitioner,                   2:05-cv-0746-GEB-KJM-P

    vs.

DERRAL ADAMS, Warden,

    Respondent.                <u>ORDER</u>

                              /

       Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

///

///

///

///

1         Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment
2 of counsel (Docket No. 42) is denied without prejudice to a renewal of the motion at a later stage
3 of the proceedings.

4 Dated:  June 6, 2009

```
                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge
```