IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KERNS,

       Petitioner,                    2:05-cv-746-GEB-KJM-P

   vs.

D. ADAMS,

       Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 23, 2009 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        In addition, petitioner has filed a request for injunctive relief, asking the court to direct prison officials to provide petitioner with his legal property so he can file a request for a certificate of appealability.  However, this court deems petitioner's notice of appeal to encompass a request that it issue such a certificate.

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

1  § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues
2  satisfy the required showing or must state the reasons why such a certificate should not issue.
3  Fed. R. App. P. 22(b).
4        For the reasons set forth in the magistrate judge's January 26, 2009 findings and
5  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
6  right. Accordingly, a certificate of appealability should not issue in this action.
7        Moreover, because the court deems the notice of appeal to include a request for
8  the issuance of a certificate of appealability, petitioner's motion for injunctive relief (docket no.
9  49) is denied.
10 Dated: July 27, 2009

                                 GARLAND E. BURRELL, JR.
                                 United States District Judge